Fill in this information to identify the case:

Debtor Name: YH&R Construction LLC

United States Bankruptcy Court for the: _____ District of _____

Case number: 23-51383-CAG

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11   12/17

Month: December
Line of business: Construction
Date report filed: 01/16/2023 (MM/DD/YYYY)
NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Sandor Gonzalez
Original signature of responsible party: /s/ Sandor Gonzalez
Printed name of responsible party: Sandor Gonzalez

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☒ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☒ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name YH&R Construction LLC    Case number 23-51383-CAG

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.      $ 1,115.16

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.      $ 29,697.14

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.      – $ 30,607.17

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.      + $ 204.93
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.
    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.      = $ -910.03

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**      $ _____
    *(Exhibit E)*

Official Form 425C    **Monthly Operating Report for Small Business Under Chapter 11**    page 2

Debtor Name  YH&R Construction LLC

Case number 23-51383-CAG

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____
    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  _____
27. What is the number of employees as of the date of this monthly report?  _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____
30. How much have you paid this month in other professional fees?  $ _____
31. How much have you paid in total other professional fees since filing the case?  $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A *Projected* | − | Column B *Actual* | = | Column C *Difference* |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:  $ _____
36. Total projected cash disbursements for the next month:  − $ _____
37. Total projected net cash flow for the next month:  = $ _____

Debtor Name  YH&R Construction LLC                      Case number 23-51383-CAG

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

YH&R CONSTRUCTION, LLC
4839 ISAAC RYAN
SAN ANTONIO, TX 78253-5036

Business Advantage

**Customer service information**

- 1.888.BUSINESS (1.888.287.4637)
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

## Your Business Advantage Fundamentals™ Banking

for December 1, 2023 to December 31, 2023                         Account number: 1630
YH&R CONSTRUCTION, LLC

### Account summary

| | | |
|---|---|---|
| Beginning balance on December 1, 2023 | $1,115.16 | # of deposits/credits: 7 |
| Deposits and other credits | 29,697.14 | # of withdrawals/debits: 89 |
| Withdrawals and other debits | -30,607.37 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $2,066.68 |
| **Ending balance on December 31, 2023** | **$204.93** | [1]Includes checks paid, deposited items and other debits |

**BUSINESS ADVANTAGE**

### View your key business metrics all in one place.

Track the trends that matter most to your business, from cash flow and expense management to accounting and payroll data, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-08-22-0108.B | 4878896



YH&R CONSTRUCTION, LLC  |  Account # ▊▊▊▊▊ 1630  |  December 1, 2023 to December 31, 2023

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



**BANK OF AMERICA**                                                                                               **Your checking account**

YH&R CONSTRUCTION, LLC  |  Account # ████ 1630  |  December 1, 2023 to December 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 12/01/23 | Transfer Intuit Payments Inc. | 3,587.50 |
| 12/04/23 | INTUIT 58747935 DES:DEPOSIT  ID:524771990963286  INDN:YH&R CONSTRUCTION, LLC  CO ID:9215986202 CCD | 3,500.00 |
| 12/11/23 | BKOFAMERICA ATM 12/09 #000001313 DEPOSIT CULEBRA AND 1604 SAN ANTONIO TX | 3,000.00 |
| 12/11/23 | Counter Credit | 3,500.00 |
| 12/11/23 | CHECKCARD 1208 LOWES #02506* ARANSAS PASS TX 5543286334220611077 | 2.14 |
| 12/12/23 | INTUIT 97032595 DES:DEPOSIT  ID:524771990963286  INDN:YH&R CONSTRUCTION, LLC  CO ID:9215986202 CCD | 5,000.00 |
| 12/19/23 | INTUIT 20529985 DES:DEPOSIT  ID:524771990963286  INDN:YH&R CONSTRUCTION, LLC  CO ID:9215986202 CCD | 11,107.50 |
| **Total deposits and other credits** | | **$29,697.14** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 12/04/23 | Zelle payment to JUAN ARBIZULAGOS for "Arthur Labor"; Conf# ptn6j22hy | -1,000.00 |
| 12/04/23 | Zelle payment to ANSELMO GARCIA-BUENO for "Poco Pass Labor"; Conf# n11dofakg | -1,000.00 |
| 12/04/23 | Zelle payment to ANSELMO GARCIA-BUENO for "Poco Pass Labor"; Conf# md6qggmap | -1,500.00 |
| 12/04/23 | Zelle payment to JUAN ARBIZULAGOS for "431 Arthur Labor"; Conf# ngy5eqgrd | -300.00 |
| 12/04/23 | Zelle payment to BIANCA YANEZ for "Poco Pass Light Fixture Amazon purchase"; Conf# k4nc2yozp | -100.00 |
| 12/04/23 | INTUIT 65194495 DES:TRAN FEE ID:524771990963286 INDN:YH&R CONSTRUCTION, LLC CO ID:9215986202 CCD | -188.34 |
| 12/04/23 | INTUIT 67801655 DES:TRAN FEE ID:524771990963286 INDN:YH&R CONSTRUCTION, LLC CO ID:9215986202 CCD | -104.65 |
| 12/04/23 | Square Inc DES:SQ231204 ID:T3Q56JHX21RP64N INDN:YH&R Construction LLC CO ID:9591330001 WEB | -21.32 |
| 12/11/23 | Zelle payment to JUAN ARBIZULAGOS for "Arthur Rehab Final"; Conf# nagmyo0zw | -800.00 |
| 12/11/23 | Zelle payment to ANSELMO GARCIA-BUENO for "Rockport"; Conf# ovpu5wrlw | -1,000.00 |
| 12/11/23 | Tailored MD DES:Tailored M ID:ST-J2P9B8X2Q7D8 INDN:JEN CLEMENTS CO ID:4270465600 CCD | -305.00 |

continued on the next page



BANK OF AMERICA BUSINESS ADVANTAGE

**Fraud prevention: We're here to help**

- **Update your contact information** so we can reach you if we suspect fraud.
- **Set up alerts**[1] in our Mobile Banking app[2] so we can reach you quickly if we see anything suspicious.
- **Report suspicious activity** right away.

Learn more about fraud and scam prevention in our Business Security Center at **bankofamerica.com/securitybusiness**.

[1] You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage. [2] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-23-2588B | 5422885

YH&R CONSTRUCTION, LLC | Account # ▮▮▮▮▮▮ 1630 | December 1, 2023 to December 31, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---:|
| 12/12/23 | Zelle payment to Sandor Glez Masso for "Salary distribution"; Conf# qof3gp39f | -1,500.00 |
| 12/12/23 | Zelle payment to Jose MAINTENANCE for "Labor"; Conf# rzo0s0wkt | -240.00 |
| 12/12/23 | INTUIT 06062215 DES:TRAN FEE ID:524771990963286 INDN:YH&R CONSTRUCTION, LLC CO ID:9215986202 CCD | -149.50 |
| 12/13/23 | Zelle payment to MATHEW ALVA for "AAH Concrete"; Conf# lxllytr4k | -500.00 |
| 12/13/23 | MERCURY CARD FBT DES:PAYMENT ID:FBT39544501 INDN:BIANCA YANEZ ROQUE CO ID:2463366406 WEB | -84.97 |
| 12/14/23 | Zelle payment to MATHEW ALVA for "Concrete AAH"; Conf# nsm39rxbb | -1,500.00 |
| 12/14/23 | Zelle payment to MATHEW ALVA for "Concrete AAH"; Conf# qc9td3f4q | -550.00 |
| 12/14/23 | Zelle payment to BIANCA YANEZ for "Materials Amazon AAH"; Conf# nf76eyjie | -250.00 |
| 12/14/23 | Zelle payment to BIANCA YANEZ for "Distribution"; Conf# ps8n7sd63 | -200.00 |
| 12/14/23 | Zelle payment to MATHEW ALVA for "Concrete AAH"; Conf# ju89rj84e | -500.00 |
| 12/18/23 | INTUIT * DES:QBooks Onl ID:1865698 INDN:YHR CONSTRUCTION LLC CO ID:0000756346 CCD | -213.20 |
| 12/19/23 | Zelle payment to Sandor Glez Masso for "Distribution"; Conf# mfbeorzct | -500.00 |
| 12/19/23 | Zelle payment to BIANCA YANEZ for "Distribution"; Conf# j3dy2i1uy | -750.00 |
| 12/19/23 | Zelle payment to ARACELI BALDERAS for "Labor"; Conf# oju82rkc4 | -800.00 |
| 12/19/23 | Zelle payment to YOANDRYS RUIZ YGLESIAS Conf# lskbicifq | -1.00 |
| 12/19/23 | Zelle payment to YOANDRYS RUIZ YGLESIAS for "Metal Gate AAH"; Conf# lu1phsnb2 | -2,199.00 |
| 12/19/23 | Zelle payment to ANSELMO GARCIA-BUENO for "Poco Pass Job"; Conf# qq4uvuvx2 | -3,300.00 |
| 12/19/23 | INTUIT 29645025 DES:TRAN FEE ID:524771990963286 INDN:YH&R CONSTRUCTION, LLC CO ID:9215986202 CCD | -332.11 |
| 12/20/23 | Zelle payment to JUAN ARBIZULAGOS for "Arthur Tile job"; Conf# lvmvniu9q | -450.00 |

Card account # XXXX XXXX XXXX 9354

| Date | Description | Amount |
|---|---|---:|
| 12/06/23 | CHECKCARD 1206 FRAKCRUM GENERAL 7277991150 FL 55432863340205161217119 CKCD 6300 XXXXXXXXXXXX9354 XXXX XXXX XXXX 9354 | -339.31 |
| 12/14/23 | CHECKCARD 1213 EXXON OLD NO 9 DE BOERNE TX 55639953348753005160468 CKCD 5542 XXXXXXXXXXXX9354 XXXX XXXX XXXX 9354 | -47.02 |
| 12/15/23 | CHECKCARD 1213 CIRCLE K #2741057 SAN ANTONIO TX 05140483348120000250766 CKCD 5542 XXXXXXXXXXXX9354 XXXX XXXX XXXX 9354 | -59.71 |
| 12/18/23 | CHECKCARD 1216 THE HOME DEPOT #6 SAN ANTONIO TX 52707153351010181672724 CKCD 5200 XXXXXXXXXXXX9354 XXXX XXXX XXXX 9354 | -156.25 |
| 12/21/23 | CHECKCARD 1219 PP*David Ison Ins 2104901494 TX 85177493354006772798256 CKCD 6300 XXXXXXXXXXXX9354 XXXX XXXX XXXX 9354 | -985.84 |
| 12/22/23 | CHECKCARD 1221 SAN ANTONIO AUTO SAN ANTONIO TX 72712913356000000182800 CKCD 7399 XXXXXXXXXXXX9354 XXXX XXXX XXXX 9354 | -108.00 |
| **Subtotal for card account # XXXX XXXX XXXX 9354** | | **-$1,696.13** |

Card account # XXXX XXXX XXXX 9362

| Date | Description | Amount |
|---|---|---:|
| 12/01/23 | CHECKCARD 1130 SA MASONRY AND ST SAN ANTONIO TX 55432863335203485419492 CKCD 5211 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -352.79 |
| 12/01/23 | CHECKCARD 1130 TEXAS TOOL TRADER SAN ANTONIO TX 55500803334872062644427 CKCD 5085 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -173.19 |
| 12/04/23 | CHECKCARD 1130 THE HOME DEPOT 65 SAN ANTONIO TX 55432863335203697800554 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -235.27 |
| 12/04/23 | CHECKCARD 1130 TELLUS EQUIP SOLU SAN ANTONIO TX 82302993335301151003099 CKCD 5046 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -112.80 |
| 12/04/23 | CHECKCARD 1202 INT'L CODE COUNCI 8884227233 IL 55432863336203864798739 CKCD 8699 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -51.53 |

continued on the next page



# BANK OF AMERICA

## Your checking account

YH&R CONSTRUCTION, LLC | Account # ▇▇▇▇▇1630 | December 1, 2023 to December 31, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 12/04/23 | CHECKCARD 1201 VZWRLSS*BILL PAY 8009220204 CA 55419373336666196213618 RECURRING CKCD 4814 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -540.83 |
| 12/04/23 | CHECKCARD 1202 FLOOR AND DECOR 2 SAN ANTONIO TX 55310203337207233056021 CKCD 5713 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -296.98 |
| 12/04/23 | CHECKCARD 1202 LOWES #01645* SAN ANTONIO TX 55432863336204131506905 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -506.35 |
| 12/05/23 | CHECKCARD 1204 THE HOME DEPOT 65 SAN ANTONIO TX 55432863339205005832308 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -467.69 |
| 12/07/23 | CHECKCARD 1207 WAL-MART #5490 SAN ANTONIO TX CKCD 5411 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -17.30 |
| 12/08/23 | CHECKCARD 1207 WAL-MART #5490 SAN ANTONIO TX 55483823342091008466204 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -69.99 |
| 12/08/23 | CHECKCARD 1207 THE HOME DEPOT #0 8006540688 TX 52707153342010189607815 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -23.79 |
| 12/08/23 | CHECKCARD 1207 HYDRAULIC SPECIAL SAN ANTONIO TX 75345333341900010900132 CKCD 5533 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -97.43 |
| 12/11/23 | CHECKCARD 1208 LOWES #02506* ARANSAS PASS TX 55432863342206110772285 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -35.54 |
| 12/11/23 | CHECKCARD 1208 SHERWIN WILLIAMS ROCKPORT TX 52704873342981000476224 CKCD 5231 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -5.51 |
| 12/11/23 | CHECKCARD 1208 LOWES #02506* ARANSAS PASS TX 55432863343206291645192 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -123.43 |
| 12/11/23 | CHECKCARD 1209 THE HOME DEPOT 65 SAN ANTONIO TX 55432863344206749836152 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -915.71 |
| 12/11/23 | CHECKCARD 1209 SITEONE LANDSCAPE SAN ANTONIO TX 75454913344900018233711 CKCD 5085 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -113.66 |
| 12/11/23 | CHECKCARD 1210 LOWES #02506* ARANSAS PASS TX 55432863345206947780839 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -160.27 |
| 12/12/23 | CHECKCARD 1210 CIRCLE K #2741499 ROCKPORT TX 05140483345120000498160 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -48.23 |
| 12/13/23 | CHECKCARD 1211 CIRCLE K #2741070 SAN ANTONIO TX 05140483346120000283108 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -16.17 |
| 12/13/23 | CHECKCARD 1211 TELLUS EQUIP SOLU SAN ANTONIO TX 82302993346312151001584 CKCD 5046 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -42.22 |
| 12/13/23 | CHECKCARD 1211 CIRCLE K #2741070 SAN ANTONIO TX 05140483346120000286309 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -42.70 |
| 12/14/23 | CHECKCARD 1213 SITEONE LANDSCAPE SAN ANTONIO TX 75454913347900018535245 CKCD 5085 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -146.60 |
| 12/15/23 | CHECKCARD 1213 CIRCLE K #2741821 SAN ANTONIO TX 05140483348120000785845 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -94.23 |
| 12/15/23 | CHECKCARD 1213 THE HOME DEPOT 65 SAN ANTONIO TX 55432863348208101320458 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -223.37 |
| 12/15/23 | CHECKCARD 1213 CIRCLE K #2741842 SAN ANTONIO TX 05140483348120000822648 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -4.31 |
| 12/18/23 | CHECKCARD 1214 CIRCLE K #2741057 SAN ANTONIO TX 05140483349120000267926 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -68.12 |

continued on the next page

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 12/18/23 | CHECKCARD 1214 THE HOME DEPOT #6 SAN ANTONIO TX 52707153349010182035132 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -65.78 |
| 12/18/23 | CHECKCARD 1214 THE HOME DEPOT #0 8006540688 TX 52707153349010188528031 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -106.41 |
| 12/18/23 | CHECKCARD 1215 MCCOYS #25 SAN ANTONIO TX 52708283349819000066671 CKCD 5251 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -282.52 |
| 12/18/23 | CHECKCARD 1215 THE HOME DEPOT #0 SAN ANTONIO TX 52707153350010183431054 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -158.08 |
| 12/18/23 | CHECKCARD 1216 SITEONE LANDSCAPE SAN ANTONIO TX 75454913351900018836760 CKCD 5085 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -207.84 |
| 12/18/23 | CHECKCARD 1216 LOWES #02898* SAN ANTONIO TX 55432863351209017745287 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -74.28 |
| 12/18/23 | CHECKCARD 1217 TRACTOR SUPPLY CO HELOTES TX 02305373352000530192122 CKCD 5599 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -75.68 |
| 12/18/23 | CHECKCARD 1217 QT 4022 OUTSIDE HELOTES TX 55432863352209416221608 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -65.64 |
| 12/19/23 | CHECKCARD 1217 THE HOME DEPOT #6 SAN ANTONIO TX 52707153352010196674391 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -154.65 |
| 12/19/23 | CHECKCARD 1217 QT 4067 SAN ANTONIO TX 55432863352209417270299 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -175.00 |
| 12/21/23 | CHECKCARD 1219 CIRCLE K #2741821 SAN ANTONIO TX 05140483354120000753174 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -29.14 |
| 12/21/23 | CHECKCARD 1219 SHELL OIL 1239290 SAN ANTONIO TX 55308763354547109087393 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -11.73 |
| 12/21/23 | CHECKCARD 1219 CIRCLE K #2741821 SAN ANTONIO TX 05140483354120000753182 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -8.51 |
| 12/21/23 | CHECKCARD 1219 CIRCLE K #2741070 SAN ANTONIO TX 05140483354120000278644 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -100.00 |
| 12/21/23 | CHECKCARD 1220 EXXON TEX-BEST #5 UVALDE TX 55639953355753005396401 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -113.26 |
| 12/21/23 | CHECKCARD 1220 EXXON TEX-BEST #5 UVALDE TX 55639953355753005396377 CKCD 5541 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -41.47 |
| 12/21/23 | CHECKCARD 1220 TRACTOR-SUPPLY-CO UVALDE TX 02305373355000681813531 CKCD 5599 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -10.81 |
| 12/22/23 | CHECKCARD 1222 VZWRLSS*BILL PAY 8009220204 FL 55432863356200707237896 RECURRING CKCD 4814 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -541.61 |
| 12/22/23 | CHECKCARD 1221 WEBER CONSTRUCTIO UVALDE TX 75345513355900014600027 CKCD 1799 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -157.45 |
| 12/22/23 | CHECKCARD 1221 EXXON TEX-BEST #5 UVALDE TX 55639953356753005572984 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -80.07 |
| 12/26/23 | CHECKCARD 1222 FAR SOUTH MINING 2106882607 TX 05227023356200083184287 CKCD 5039 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -117.41 |
| 12/26/23 | CHECKCARD 1222 LOWES #02898* SAN ANTONIO TX 55432863356200979584660 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -208.37 |
| 12/26/23 | CHECKCARD 1223 TXS 30 SAN ANTONIO TX 05436843358000397173844 CKCD 5532 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -670.41 |
| 12/26/23 | CHECKCARD 1224 H-E-B GAS/CARWASH SAN ANTONIO TX 05140483358740260729717 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -58.05 |
| 12/27/23 | CHECKCARD 1225 CIRCLE K #2741070 SAN ANTONIO TX 05140483360120000204444 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -71.97 |
| **Subtotal for card account # XXXX XXXX XXXX 9362** | | **-$8,572.15** |
| **Total withdrawals and other debits** | | **-$30,607.37** |



# BANK OF AMERICA

## Your checking account

YH&R CONSTRUCTION, LLC | Account # ████████1630 | December 1, 2023 to December 31, 2023

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $10.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:
- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 11/30/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓ $250+ in new net purchases on a linked Business debit card has been met

○ $5,000+ combined average monthly balance in linked business accounts has not been met

○ Become a member of Preferred Rewards for Business has not been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 12/01 | 4,176.68 | 12/11 | 3,746.12 | 12/19 | 3,969.03 |
| 12/04 | 1,718.61 | 12/12 | 6,808.39 | 12/20 | 3,519.03 |
| 12/05 | 1,250.92 | 12/13 | 6,122.33 | 12/21 | 2,218.27 |
| 12/06 | 911.61 | 12/14 | 2,928.71 | 12/22 | 1,331.14 |
| 12/07 | 894.31 | 12/15 | 2,547.09 | 12/26 | 276.90 |
| 12/08 | 703.10 | 12/18 | 1,073.29 | 12/27 | 204.93 |

YH&R CONSTRUCTION, LLC | Account # ▮▮▮▮ 1630 | December 1, 2023 to December 31, 2023

This page intentionally left blank