**Fill in this information to identify the case:**

Debtor Name: YH&R Construction LLC

United States Bankruptcy Court for the: _____ District of _____

Case number: 23-51383-CAG

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11            12/17

Month: March

Date report filed: 04/15/2024 (MM/DD/YYYY)

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Sandor Gonzalez

Original signature of responsible party: /s/ Sandor Gonzalez

Printed name of responsible party: Sandor Gonzalez

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  YH&R Construction LLC         Case number 23-51383-CAG

17. Have you paid any bills you owed before you filed bankruptcy?  ☑ ☐ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 67.44

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 49,737.17

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 47,840.98

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 1,896.19

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 1,963.63

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $ _____

    (Exhibit E)

Debtor Name **YH&R Construction LLC**  Case number **23-51383-CAG**

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____
    (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?  _____
27. What is the number of employees as of the date of this monthly report?  _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 0.00
30. How much have you paid this month in other professional fees?  $ 0.00
31. How much have you paid in total other professional fees since filing the case?  $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ _____ | − | $ _____ | = | $ _____ |
| 33. Cash disbursements | $ _____ | − | $ _____ | = | $ _____ |
| 34. Net cash flow | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:  $ _____
36. Total projected cash disbursements for the next month:  − $ _____
37. Total projected net cash flow for the next month:  = $ _____

Official Form 425C  Monthly Operating Report for Small Business Under Chapter 11  page 3

Debtor Name  YH&R Construction LLC

Case number 23-51383-CAG

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

YH&R CONSTRUCTION, LLC
4839 ISAAC RYAN
SAN ANTONIO, TX 78253-5036

**Business Advantage**

**Customer service information**

- 1.888.BUSINESS (1.888.287.4637)
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Fundamentals™ Banking

for March 1, 2024 to March 31, 2024                         Account 1630
YH&R CONSTRUCTION, LLC

## Account summary

| | |
|---|---|
| Beginning balance on March 1, 2024 | $67.44 |
| Deposits and other credits | 49,737.17 |
| Withdrawals and other debits | -47,840.98 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on March 31, 2024** | **$1,963.63** |

# of deposits/credits: 11
# of withdrawals/debits: 90
# of items-previous cycle[1]: 0
# of days in cycle: 31
Average ledger balance: $4,375.30

[1] Includes checks paid, deposited items and other debits

---

### SMALL BUSINESS RESOURCES

**Get help finding the right tools and information to run and grow your business**

 Learn about the latest industry trends, consumer behavior, taxes, retirement and much more.

Scan this code or visit **bankofamerica.com/SBR** today.



When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-05-23-0939.B | 5681178

---

PULL: E  CYCLE: 46  SPEC: E  DELIVERY: E  TYPE:  IMAGE: I  BC: HOU                                            Page 1 of 10

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

# BANK OF AMERICA

**Your checking account**

YH&R CONSTRUCTION, LLC | 1630 | March 1, 2024 to March 31, 2024

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 03/01/24 | Transfer Intuit Payments Inc. | 1,450.00 |
| 03/04/24 | Transfer Intuit Payments Inc. | 2,080.00 |
| 03/05/24 | CANCO CONSTRUCTI DES:QUICKBOOKS ID:XXXXXXXXX INDN:YH&R CONSTRUCTION LLC CO ID:1722616653 PPD | 2,920.91 |
| 03/05/24 | Transfer Intuit Payments Inc. | 1,100.00 |
| 03/05/24 | REVERSAL 0304 RBT SHELL OIL 575 EasySavings NY 0558745406400000482 | 0.93 |
| 03/05/24 | REVERSAL 0304 RBT BIG'S 205 EasySavings NY 0558745406400000482 | 0.49 |
| 03/05/24 | REVERSAL 0304 RBT SHELL OIL 575 EasySavings NY 0558745406400000482 | 0.28 |
| 03/11/24 | Transfer Intuit Payments Inc. | 5,000.00 |
| 03/15/24 | Transfer Intuit Payments Inc. | 2,600.00 |
| 03/18/24 | CANCO CONSTRUCTI DES:QUICKBOOKS ID:XXXXXXXXX INDN:YH&R CONSTRUCTION LLC CO ID:1722616653 PPD | 32,584.56 |
| 03/26/24 | Transfer Intuit Payments Inc. | 2,000.00 |
| **Total deposits and other credits** | | **$49,737.17** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 03/04/24 | Zelle payment to ANDRES CORREA for "Final payment Sqezee"; Conf# ow3efl3wt | -425.00 |
| 03/04/24 | Zelle payment to Sandor Glez Masso for "Operations Weekend"; Conf# r4kxc6875 | -650.00 |
| 03/04/24 | Zelle payment to Sandor Glez Masso for "Operations Monday march4"; Conf# rnl365vvp | -350.00 |
| 03/04/24 | INTUIT 50817465 DES:TRAN FEE ID:524771990963286 INDN:YH&R CONSTRUCTION, LLC CO ID:9215986202 CCD | -39.88 |
| 03/04/24 | Square Inc DES:SQ240304 ID:T3JG8BMEJQ9DBP8 INDN:YH&R Construction LLC CO ID:9591330001 WEB | -21.32 |
| 03/05/24 | Zelle payment to ANDRES CORREA for "Diesel and Hydraulic"; Conf# lqbbuxm64 | -155.00 |
| 03/05/24 | Zelle payment to BIANCA YANEZ for "Salary"; Conf# minig2jnz | -300.00 |
| 03/05/24 | INTUIT 60092355 DES:TRAN FEE ID:524771990963286 INDN:YH&R CONSTRUCTION, LLC CO ID:9215986202 CCD | -98.59 |

*continued on the next page*




## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit bofa.com/SecurityCenter or scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-11-23-0458.C | 6115469

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 03/06/24 | INTUIT 66986565 DES:TRAN FEE ID:524771990963286 INDN:YH&R CONSTRUCTION, LLC CO ID:9215986202 CCD | -52.14 |
| 03/08/24 | Zelle payment to mark diaz Conf# nc9dqie53 | -1.00 |
| 03/08/24 | Zelle payment to mark diaz for "Retaining wall"; Conf# m88hex748 | -600.00 |
| 03/11/24 | Zelle payment to ANDRES CORREA for "Avance pa los muchachos"; Conf# gsueonmkt | -600.00 |
| 03/11/24 | Zelle payment to YANEZ DESIGNS, LLC for "Concrete materials"; Conf# n0uhj4mol | -2,000.00 |
| 03/12/24 | Zelle payment to mark diaz Conf# jb7zskx2v | -1,000.00 |
| 03/12/24 | Zelle payment to ANDRES CORREA for "Retaining wall"; Conf# kawsen9iq | -800.00 |
| 03/12/24 | Zelle payment to EDUVIGES ESPINOZA TORRES for "Half day of work"; Conf# q2knm322z | -200.00 |
| 03/13/24 | INTUIT 96826675 DES:TRAN FEE ID:524771990963286 INDN:YH&R CONSTRUCTION, LLC CO ID:9215986202 CCD | -237.00 |
| 03/14/24 | Zelle payment to Sandor Glez Masso for "Citi Concrete"; Conf# k7eb081ro | -300.00 |
| 03/15/24 | Zelle payment to mark diaz for "Retaining wall final"; Conf# pu9uesvkk | -500.00 |
| 03/18/24 | Zelle payment to Sandor Glez Masso for "Contract Grading Canco"; Conf# rpe605jah | -4,000.00 |
| 03/18/24 | Zelle payment to BIANCA YANEZ for "Thank you"; Conf# mblIduspb | -1,500.00 |
| 03/18/24 | Zelle payment to ANDRES CORREA for "Hondo"; Conf# qml13h63u | -2,500.00 |
| 03/18/24 | Zelle payment to Jose Renteria for "Rebar Hondo Sheriff"; Conf# j2ss054zm | -7,000.00 |
| 03/18/24 | INTUIT 14876835 DES:TRAN FEE ID:524771990963286 INDN:YH&R CONSTRUCTION, LLC CO ID:9215986202 CCD | -123.24 |
| 03/19/24 | Zelle payment to mark diaz for "Final payment Hondo Labor"; Conf# o51oypaio | -1,250.00 |
| 03/19/24 | Zelle payment to Irma Perez for "Picardy Cleaning"; Conf# op8g10fqk | -300.00 |
| 03/19/24 | Zelle payment to Jose Renteria for "Final payment Hondo"; Conf# lt5u2ced4 | -2,000.00 |
| 03/20/24 | Zelle payment to Sandor Glez Masso for "Salary Wall and Hondo"; Conf# j9uqf4lf0 | -5,000.00 |
| 03/21/24 | Zelle payment to BIANCA YANEZ for "Electric Arthur"; Conf# kgeckz8up | -600.00 |
| 03/21/24 | Zelle payment to Sandor Glez Masso Conf# q3eppec2d | -1,000.00 |
| 03/21/24 | QUARTERLY FEE DES:PAYMENT ID:0000 INDN:YH&R CONSTRUCTION LLC CO ID:1501000502 CCD | -6.00 |
| 03/26/24 | Zelle payment to ANDRES CORREA for "Delmar and Arthur"; Conf# ln1w5vzpk | -1,000.00 |
| 03/27/24 | TX TLR cash withdrawal from CHK 1630 | -4,500.00 |
| 03/27/24 | Zelle payment to ANDRES CORREA for "Materials Hondo"; Conf# ldahkxoqe | -197.00 |
| 03/27/24 | INTUIT 57825535 DES:TRAN FEE ID:524771990963286 INDN:YH&R CONSTRUCTION, LLC CO ID:9215986202 CCD | -94.80 |

**Card account # XXXX XXXX XXXX 9354**

| Date | Description | Amount |
|---|---|---|
| 03/21/24 | CHECKCARD 0319 THE HOME DEPOT #0 8006540688 TX 52707154080010190374987 CKCD 5200 XXXXXXXXXXXX9354 XXXX XXXX XXXX 9354 | -317.12 |

**Subtotal for card account # XXXX XXXX XXXX 9354**     **-$317.12**

**Card account # XXXX XXXX XXXX 9362**

| Date | Description | Amount |
|---|---|---|
| 03/04/24 | CHECKCARD 0302 CIRCLE K #2741070 SAN ANTONIO TX 05140484063120000306486 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -54.24 |
| 03/04/24 | CHECKCARD 0303 TRACTOR SUPPLY CO HELOTES TX 02305374064000485607006 CKCD 5599 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -84.91 |
| 03/06/24 | CHECKCARD 0305 WM SUPERCENTER #4 CASTROVILLE TX 05436844066400057438241 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -89.98 |
| 03/07/24 | CHECKCARD 0305 THE HOME DEPOT #6 SAN ANTONIO TX 52707154066010182053126 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -1,193.03 |
| 03/07/24 | CHECKCARD 0306 ACI*ALLY BANK #50 8002529638 NE 05436844066200044182229 CKCD 6012 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -1,263.99 |

continued on the next page

**BANK OF AMERICA** | Your checking account

YH&R CONSTRUCTION, LLC | Account ■■■■ 1630 | March 1, 2024 to March 31, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 03/07/24 | CHECKCARD 0306 H-E-B GAS /CARWAS SAN ANTONIO TX 05140484066740271494906 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -43.14 |
| 03/07/24 | CHECKCARD 0306 GOLDEN CHICK HONDO TX 55310204067207388500728 CKCD 5814 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -46.50 |
| 03/08/24 | CHECKCARD 0306 THE HOME DEPOT #0 8006540688 TX 52707154067010188643341 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -43.28 |
| 03/08/24 | CHECKCARD 0306 PARKER'S BUILDING HONDO TX 55488724067258003263096 CKCD 5039 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -29.19 |
| 03/08/24 | CHECKCARD 0306 HONDO VALERO HONDO TX 05140484067120004920189 CKCD 5541 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -5.99 |
| 03/08/24 | CHECKCARD 0306 HONDO VALERO HONDO TX 05140484067120004920817 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -38.21 |
| 03/08/24 | CHECKCARD 0307 THE HOME DEPOT #6 8006540688 TX 52707154068010182106310 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -309.80 |
| 03/08/24 | CHECKCARD 0307 H-E-B GAS/CAR WAS HONDO TX 05140484067740275102876 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -115.03 |
| 03/11/24 | CHECKCARD 0307 THE HOME DEPOT #0 8006540688 TX 52707154068010188584171 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -54.92 |
| 03/11/24 | CHECKCARD 0308 CIRCLE K #2741056 SAN ANTONIO TX 05140484069120000296459 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -100.00 |
| 03/11/24 | CHECKCARD 0308 THE HOME DEPOT 58 SAN ANTONIO TX 55432864069204252344244 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -81.74 |
| 03/11/24 | CHECKCARD 0308 THE HOME DEPOT #0 8006540688 TX 52707154069010188515216 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -47.63 |
| 03/11/24 | CHECKCARD 0309 CIRCLE K #2741070 SAN ANTONIO TX 05140484070120000297686 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -98.75 |
| 03/11/24 | CHECKCARD 0309 SA MASONRY AND ST SAN ANTONIO TX 55432864070204375259193 CKCD 5211 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -336.70 |
| 03/12/24 | CHECKCARD 0311 THE HOME DEPOT #0 SAN ANTONIO TX 52707154072010186718734 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -113.12 |
| 03/14/24 | CHECKCARD 0312 THE HOME DEPOT #6 8006540688 TX 52707154073010182739170 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -423.45 |
| 03/15/24 | CHECKCARD 0313 THE HOME DEPOT #0 SAN ANTONIO TX 52707154074010185652437 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -76.12 |
| 03/15/24 | CHECKCARD 0314 SA MASONRY AND ST SAN ANTONIO TX 55432864075205881434803 CKCD 5211 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -23.58 |
| 03/18/24 | CHECKCARD 0314 CIRCLE K #2741057 SAN ANTONIO TX 05140484075120000269946 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -98.35 |
| 03/18/24 | CHECKCARD 0315 TOMMYS-EXPRESS.CO HOLLAND MI 82305094075000013373389 CKCD 7542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -15.00 |
| 03/18/24 | CHECKCARD 0315 TAQUERIA EL RODEO HONDO TX 85230724077700041872061 CKCD 5814 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -53.42 |
| 03/18/24 | CHECKCARD 0315 TOMMYS-EXPRESS.CO HOLLAND MI 82305094075000024855184 CKCD 7542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -15.00 |
| 03/18/24 | CHECKCARD 0315 H-E-B GAS/CARWASH SAN ANTONIO TX 05140484075740280955797 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -37.33 |

continued on the next page

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 03/18/24 | CHECKCARD 0315 WHATABURGER 844 BOERNE TX 55432864076206307962459 CKCD 5814 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -50.39 |
| 03/18/24 | CHECKCARD 0316 MCDONALD'S F32 AMARILLO TX CKCD 5814 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -43.09 |
| 03/19/24 | CHECKCARD 0318 VZWRLSS*BILL PAY 8009220204 CA 55419374078666171582367 RECURRING CKCD 4814 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -501.51 |
| 03/20/24 | CHECKCARD 0318 THE HOME DEPOT #6 8006540688 TX 52707154079010178710643 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -199.59 |
| 03/20/24 | PURCHASE 0319 Liberty Mutual In 8006537893 MA | -609.40 |
| 03/22/24 | CHECKCARD 0321 THE HOME DEPOT #0 SAN ANTONIO TX 52707154082010189336110 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -107.85 |
| 03/22/24 | CHECKCARD 0321 CES 474 SAN ANTONIO TX 75454914081900017400126 CKCD 5065 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -135.32 |
| 03/25/24 | CHECKCARD 0321 CIRCLE K #2741070 SAN ANTONIO TX 05140484082120000307986 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -90.85 |
| 03/25/24 | CHECKCARD 0321 THE HOME DEPOT #0 8006540688 TX 52707154082010189338082 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -111.76 |
| 03/25/24 | CHECKCARD 0321 THE HOME DEPOT #0 SAN ANTONIO TX 52707154082010189335831 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -56.77 |
| 03/25/24 | CHECKCARD 0322 THE HOME DEPOT 65 SAN ANTONIO TX 55432864083208543584767 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -248.16 |
| 03/25/24 | CHECKCARD 0322 CIRCLE K #2741070 SAN ANTONIO TX 05140484083120000367971 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -100.00 |
| 03/25/24 | CHECKCARD 0322 THE HOME DEPOT #0 8006540688 TX 52707154083010188216445 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -9.72 |
| 03/25/24 | CHECKCARD 0325 TRACTOR SUPPLY HELOTES TX CKCD 5599 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -29.21 |
| 03/26/24 | CHECKCARD 0325 LOWES #01645* 2108286011 TX 55432864085209222762326 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -67.70 |
| 03/27/24 | CHECKCARD 0325 THE HOME DEPOT #6 8006540688 TX 52707154086010182697357 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -25.81 |
| 03/27/24 | CHECKCARD 0325 THE HOME DEPOT #0 SAN ANTONIO TX 52707154086010190394641 CKCD 5200 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -32.54 |
| 03/27/24 | CHECKCARD 0326 O'REILLY 573 SAN ANTONIO TX 55309594087838003725960 CKCD 5533 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -224.90 |
| 03/28/24 | CHECKCARD 0326 CIRCLE K #2741070 SAN ANTONIO TX 05140484087120000317063 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -84.85 |
| 03/28/24 | CHECKCARD 0326 TAQUERIA EL RODEO HONDO TX 85230724087700041876482 CKCD 5814 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -56.33 |
| 03/28/24 | CHECKCARD 0326 PARKER'S BUILDING HONDO TX 55488724087258005073978 CKCD 5039 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -129.83 |
| 03/28/24 | CHECKCARD 0326 CIRCLE K #2741070 SAN ANTONIO TX 05140484087120000319564 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -90.10 |
| 03/28/24 | CHECKCARD 0327 H-E-B #424 HONDO TX 05140484087740277272715 CKCD 5411 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -16.21 |
| 03/28/24 | CHECKCARD 0327 GOLDEN CHICK HONDO TX 55310204088207388500103 CKCD 5814 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -123.34 |
| 03/28/24 | CHECKCARD 0327 CIRCLE K # 41822 CASTROVILLE TX 55432864088209886986606 CKCD 5542 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -74.98 |

continued on the next page

**BANK OF AMERICA**

# Your checking account

YH&R CONSTRUCTION, LLC | Account # ▇▇▇3▇0▇1630 | March 1, 2024 to March 31, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 03/29/24 | CHECKCARD 0327 PARKER'S BUILDING HONDO TX 55488724088258005192694 CKCD 5039 XXXXXXXXXXXX9362 XXXX XXXX XXXX 9362 | -10.28 |
| | Subtotal for card account # XXXX XXXX XXXX 9362 | -$8,122.89 |
| | **Total withdrawals and other debits** | **-$47,840.98** |

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 02/29/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓ $250+ in new net purchases on a linked Business debit card has been met

◯ $5,000+ combined average monthly balance in linked business accounts has not been met

◯ Become a member of Preferred Rewards for Business has not been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 03/01 | 1,517.44 | 03/12 | 1,176.97 | 03/21 | 7,581.94 |
| 03/04 | 1,972.09 | 03/13 | 939.97 | 03/22 | 7,338.77 |
| 03/05 | 5,441.11 | 03/14 | 216.52 | 03/25 | 6,692.30 |
| 03/06 | 5,298.99 | 03/15 | 2,216.82 | 03/26 | 7,624.60 |
| 03/07 | 2,752.33 | 03/18 | 19,365.56 | 03/27 | 2,549.55 |
| 03/08 | 1,609.83 | 03/19 | 15,314.05 | 03/28 | 1,973.91 |
| 03/11 | 3,290.09 | 03/20 | 9,505.06 | 03/29 | 1,963.63 |

This page intentionally left blank

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Starting May 17, statements sent in the mail will no longer include images of canceled checks – do not worry, you have options.**

Your check images can be viewed online, and copies are available by request. All you need to do is log into Online Banking and select your account from the "Accounts Overview" page.

- Check images (up to 18 months) can be found under the "Activity" and "Statements and Documents" tabs.

- Check copies (up to 7 years) can be ordered from the "Information & Services" tab.

If you are not an Online Banking client, you can enroll at bankofamerica.com or contact us for help.

YH&R CONSTRUCTION, LLC  |  Account # 5860 3909 1630  |  March 1, 2024 to March 31, 2024

This page intentionally left blank